CASSVILLE, MARCH TERM, 1849.　　491

Russell and another *vs.* March & Briers.—Denny *vs.* State of Georgia.

No. 67.—JAMES RUSSELL and another, plaintiffs in error, *vs.* MARCH & BRIERS, defendants.

[1.] The record must show that the bill of exceptions was certified and signed by the presiding Judge, within the time provided by law.

[2.] It must appear that the bill of exceptions was filed in the Clerk's office of the Court below.

Motion to dismiss the writ of error.

HOOPER & AKIN, for the motion.

W. H. UNDERWOOD, contra.

*By the Court.*—WARNER, J. delivering the opinion.

The record in this case does not show that the bill of exceptions was certified and signed by the presiding Judge, within thirty days after the adjournment of the Court, or at what time it was certified and signed; nor does it appear that the bill of exceptions has ever been filed in the Clerk's office of the Court in which the cause was tried.

Let the writ of error be dismissed.